```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    VONG MAO
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S 13-259-AC |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL APPEARANCE |
| VONG MAO, | |
| Defendant. | Date: September 13, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Allison Claire |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney Michael Stanley and Chief Assistant Federal Defender LINDA C. HARTER, attorney for VONG MAO, that the Court vacate the Initial Appearance set for September 9, 2013 at 2:00 p.m. and set a new Initial Appearance on September 13, 2013 at 2:00 p.m.

The reason for this continuance is the defendant requires a

/ / /

/ / /

/ / /

Cambodian Interpreter. Interpreter Ratanna Pok is only available on Friday, September 13, 2013.

Dated: August 22, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
VONG MAO

Dated: August 22, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Linda C. Harter for
MICHAEL STANLEY
Special Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: August 22, 2013

ALLISON CLAIRE
United States Magistrate Judge