| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. HARTER, #179741 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
| | VONG MAO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:13-CR-000259 AC |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE STATUS CONFERENCE AND |
| v. | ) SET FOR CHANGE OF PLEA |
| VONG MAO, | ) DATE: December 9, 2013 |
| | ) TIME: 9:00 a.m. |
| Defendant. | ) JUDGE: Hon. Allison Claire |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney MICHAEL STANLEY and Chief Assistant Federal Defender LINDA C. HARTER, attorney for VONG MAO, that the Court vacates the status conference set for November 18, 2013 at 9:00 a.m. and set for a change of plea on December 9, 2013 at 9:00 a.m.

The reason for the continuance is to allow additional time to finalize a resolution to this matter. Specifically, the defendant speaks Cambodian and additional time to needed to meet with the defendant and an interpreter to review the resolution.

///

///

///

-1-

| | | |
|---|---|---|
| 1 | Dated: November 15, 2013 | Respectfully submitted, |
| 2 | | |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | */s/ Linda C. Harter*<br>LINDA C. HARTER |
| 5 | | Chief Assistant Federal Defender<br>Attorney for Defendant |
| 6 | | VONG MAO |
| 7 | | |
| 8 | Dated: November 15, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| 9 | | |
| 10 | | */s/ Linda C. Harter for*<br>MICHAEL STANLEY |
| 11 | | Special Assistant United States Attorney |

**ORDER**

IT IS SO ORDERED.

Dated: November 15, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE