| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA HARTER, #179741 |
| | Chief Assistant for the Federal Defender |
| 3 | MICHAEL HEUMANN |
| | KATIE REED |
| 4 | Certified Law Students |
| | 801 I Street, 3rd Floor |
| 5 | Sacramento, CA 95814 |
| | Tel: 916-498-5700  Fax: 916-498-5710 |
| 6 | |
| 7 | Attorneys for Defendant |
| | VONG MAO |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-259 AC |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE CHANGE OF |
| v. | ) | PLEA TO FEBRUARY 24, 2014, AT 9:00 |
| | ) | A.M. |
| VONG MAO, | ) | |
| | ) | Date:    February 24, 2014 |
| Defendant. | ) | Time:    9:00 a.m. |
| | ) | Judge:  Honorable Allison Claire |
| | ) | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for December 9, at 9:00 a.m., to February 24, 2014, at 9:00 a.m.

Counsel for Mr. Mao requires further time to communicate the proposed plea deal to Mr. Mao. Mr. Mao speaks Cambodian, and the language barriers and difficulty in arranging for a Cambodian interpreter require more time than is presently available to communicate the deal. Additionally, the only available Cambodian interpreter will not be available on a date acceptable to the court until February 24, 2014.

Counsel and the defendant agree that the Court should exclude the time from December 9, 2013, through February 24, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4. This exclusion is necessary to accommodate the Cambodian interpreter's schedule, and consequently to ensure Mr. Mao can enter a knowing plea.

Stipulation to Continue                                   -1-                                   13-259 AC

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: December 6, 2013         HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ Linda Harter
                                LINDA HARTER
                                Chief Assistant to the Federal Defender

DATED: December 6, 2013         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Linda Harter for
                                MICHAEL STANLEY
                                Special Assistant U.S. Attorney

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary to inform their client of the consequences of a guilty plea. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for February 24, 2014, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including February 24, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: December 9, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE